UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LON A. READER,

       Plaintiff,

v.                                                              Case No. 1:19-cv-1080
                                                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

       **IT IS SO ORDERED**.


Dated:  March 16, 2021                                   /s/ Ray Kent
                                                                     RAY KENT
                                                                     United States Magistrate Judge